those the subject of *John V. Carr & Son, Inc., et al.* v. *United States* (40 Cust. Ct. 292, C.D. 1996), the claim of the plaintiff was sustained.

No. 64915.—M. Pressner & Co. v. United States, protests 293221–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of miniature knives similar in all material respects to those the subject of *M. Pressner & Co.* v. *United States* (44 Cust. Ct. 10, C.D. 2145), the claim of the plaintiff was sustained.

No. 64916.—Erwin Salzer v. United States, protest 59/6519 (Boston).

Opinion by LAWRENCE, J. When this case was called for hearing, defendant's counsel conceded that the rates claimed by the plaintiff were applicable. On the record presented, the claim of the plaintiff was sustained.

No. 64917.—American Foreign Industries, Inc., and Stockheimer & Harder v. United States, protest 59/32361 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of monofilament fishing lines the same in all material respects as those the subject of Abstract 60183, the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, NOVEMBER 21, 1960

No. 64918.—Geo. S. Bush & Co., Inc. v. United States, protests 329862–K, etc. (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiff was sustained.

No. 64919.—A. V. Olsson Trading Co. and A. H. Marzolf *v.* United States, protests 60/2362, etc. (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 C.C.P.A. 78, C.A.D. 733), the claim of the plaintiffs was sustained.

No. 64920.—A. N. Deringer, Inc. *v.* United States, protests 59/15801, etc. (Ogdensburg).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 23, 1960

No. 64921.—Laral Trading Corp. *v.* United States, protest 59/29990 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc., et al.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

No. 64922.—Trizonia Corp. *v.* United States, protest 59/33912 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of narrow woven fabrics of cotton similar in all material respects to those the subject of *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), the claim of the plaintiff was sustained.